IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT SCOTT BARRETT                                                     PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:05cv588-HTW-JCS

CHRISTOPHER EPPS, et al.                                       DEFENDANTS

## **ORDER OF DISMISSAL**

On September 29, 2006, this court entered a show cause order requiring a response from Plaintiff by October 15, 2006. Plaintiff has failed to respond to the show cause order. Accordingly, it is hereby ordered that this action is dismissed for failure to prosecute.

SO ORDERED AND ADJUDGED, this the 30th day of November, 2006.

                                      s/ HENRY T. WINGATE

                                      CHIEF UNITED STATES DISTRICT JUDGE